· Everitt's Estate (No. 2).

*Will—Construction—Next of kin—Exclusion.*

Where testator directs that a note of his sister's son shall be given to his sister, and that "this shall be considered as the only share she is to have out of my estate," the sister is excluded notwithstanding the fact that testator directs that if his only child shall die leaving no children or issue, all his estate should go to and immediately become vested in his next of kin then living, and she is his next of kin.

Argued April 12, 1900. Appeal, No. 110, Jan. T., 1900, by George L. Kennard and Isaac E. LaBaare, executors of Mary A. LaBaare, deceased, from decree of O. C. Luzerne Co., dismissing exceptions to adjudication in Estate of Isaac Everitt, deceased. Before GREEN, C. J., McCOLLUM, MITCHELL, DEAN and FELL, JJ. Affirmed.

Exceptions to adjudication.

The facts appear by the report of Everitt's Estate (No. 1), supra.

*Error assigned* was in dismissing exceptions to adjudication.

*D. L. Rhone,* for appellants.

*H. A. Knapp,* of *Willard, Warren & Knapp* and *J. B. Woodward,* of *Wheaton, Darling & Woodward,* with him *O. F. Howell, Thomas H. Atherton* and *Patterson & Wilcox,* for appellees.

PER CURIAM, April 23, 1900:

For the reasons stated in the opinion of this court in the

same estate, Depue's Appeal, No 108, of the present term, the decree in this case is affirmed.

Decree affirmed and appeal dismissed at the cost of the appellant.